

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L...

2005 AUG 11 P 2: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORMAN DEAN                                        CIVIL ACTION

VERSUS                                             NO. 05-1454

CHARLES C. FOTI, JR. ET AL.                        SECTION "T" (2)


## O R D E R

The Court, having considered the complaint, the record, the applicable law, the

Report and Recommendation of the United States Magistrate Judge, and the failure of

plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED**

**WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28

U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that plaintiff's state law negligence claims are

**DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c).

New Orleans, Louisiana, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE